IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR-F-02-5259 AWI |
| Plaintiff, ) | ORDER |
| v. ) | |
| ALI MOHAMED MUSLEH, et al., ) | |
| Defendants. ) | |

The court has received Defendant's Notice of Motion and Motion for Continuance of Trial filed on July 14, 2005. The court attempted to contact counsel to set an immediate hearing on this matter. The court was informed by defense counsel Roger K. Vehrs' office that Mr. Vehrs was in Mexico and was unavailable until Monday. The court therefore issues this order.

Preliminarily, the court notes that this case is three years old, and has been continued numerous times. Mr. Vehrs initially appeared at Defendant's arraignment on July 17, 2002. On January 21, 2003 a jury trial date was set for May 6, 2003. Since then, the jury trial date in this case has been set and reset numerous times, including jury trial dates of July 29, 2003, October 28, 2003, January 27, 2004, June

29, 2004, October 26, 2004, March 8, 2005 and finally, the current date of August 2, 2005.

In order to avoid any further delay in this case, the court now sets the following schedule regarding the issues raised by Defendant in his Motion for Continuance:

Not later than 4:00 p.m. on July 18, 2005, Assistant United States Attorney Karen A. Escobar shall make available to Mr. Vehrs copies of all telephone calls and tape recordings that the government intends to admit at trial. Not later than 4:00 p.m on July 22, 2005 Mr. Vehrs shall file and serve a brief in opposition to or non-opposition to the admission of any such telephone calls and/or tape recordings. Not later than 4:00 p.m. on July 27, 2005, Ms. Escobar shall file and serve a reply brief. A hearing on this matter shall be held on July 28, 2005 at 9:00 a.m. in Courtroom 3.

The Motion for Continuance noticed for July 25, 2005 at 9:00 a.m. shall remain set for that date and time.

IT IS SO ORDERED.

**Dated:    July 14, 2005**                                   **/s/ Anthony W. Ishii**
0m8i78                                                        UNITED STATES DISTRICT JUDGE