1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272

FILED

2005 AUG 11 P 2:26

CLERK, US DIST COURT
EASTERN DISTRICT OF CALIF

BY_____
          DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F-02-5259 AWI |
| Plaintiff, ) | |
| v. ) | ORDER DECLARING REVOCATION AND FORFEITURE OF BOND |
| ALI MOHAMMAD MUSLEH, ) | |
| Defendant, ) and ) | |
| FAWZAT and REBHIA SAED, ) SAPHIEH and NAJWA FAREED, and ) ALI and MAHMAUD MUSLEH, ) | |
| Sureties. ) | |

   Having previously found that the defendant has violated the conditions of his release and in consideration of the government's ex parte motion for declaration of revocation and forfeiture of bond,

   IT IS HEREBY ORDERED that the property bond posted on behalf of the above-named defendant is revoked and ordered forfeited.

   The U.S. Attorney shall take all necessary steps to recover from defendant Ali Mohammad Musleh, as Principal, and Fawzat and Rebhia Saed, Saphieh and Najwa Fareed, and Ali and Mahmaud Musleh,

1 | as Sureties, jointly and severally, the sum of $250,000, plus
2 | interest from the date of entry of the judgment at the current
3 | legal note until paid, plus costs of the Court.
4 | DATED: August // , 2005

```
                                    _____
                                    HONORABLE ANTHONY W. ISHII
                                    U.S. District Judge
```