McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>ALI MOHAMMAD MUSLEH,<br><br>              Defendant,<br>   and<br><br>FAWZAT and REBHIA SAED,<br>SAPHIEH and NAJWA FAREED, and<br>ALI and MAHMAUD MUSLEH,<br><br>              Sureties. | CR. F-02-5259 AWI<br><br>ORDER DECLARING REVOCATION AND<br>FORFEITURE OF BOND |

    Having previously found that the defendant has violated the conditions of his release and in consideration of the government's ex parte motion for declaration of revocation and forfeiture of bond,

    IT IS HEREBY ORDERED that the property bond posted on behalf of the above-named defendant is revoked and ordered forfeited.

    The U.S. Attorney shall take all necessary steps to recover from defendant Ali Mohammad Musleh, as Principal, and Fawzat and Rebhia Saed, Saphieh and Najwa Fareed, and Ali and Mahmaud Musleh,

1  as Sureties, jointly and severally, the sum of $250,000, plus
2  interest from the date of entry of the judgment at the current
3  legal note until paid, plus costs of the Court.
4
5  IT IS SO ORDERED.
6  **Dated:   August 12, 2005**               _____/s/ Anthony W. Ishii_____
   0m8i78                                     UNITED STATES DISTRICT JUDGE