McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

FILED

2005 SEP 14 P 2: 17

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F-02-5259 AWI |
| ) | |
| Plaintiff, ) | ORDER DIRECTING ENTRY OF FINAL |
| ) | JUDGMENT OF FORFEITURE OF BOND |
| v. ) | (PROPOSED) |
| ) | |
| ALI MOHAMMAD MUSLEH, ) | |
| ) | |
| Defendant, ) | DATE: September 12, 2005 |
| and ) | TIME: 9:00 a.m. |
| ) | PLACE: Courtroom Three |
| FAWZAT and REBHIA SAED, ) | Honorable Anthony W. Ishii |
| SAPHIEH and NAJWA FAREED, and ) | |
| ALI and MAHMAUD MUSLEH, ) | |
| ) | |
| Sureties. ) | |

The United States of America having moved for an order directing the Clerk of the United States District Court to enter judgment of default against the defendant and sureties, FAWZAT and REBHIA SAED, SAPHIEH and NAJWA FAREED, and ALI and MAHMAUD MUSLEH, in the amount of Two Hundred-Fifty Thousand Dollars ($250,000); and it appearing to the Court from the entire record that the requested relief should be granted,

IT IS HEREBY ORDERED, that the Clerk of the United States

1

1  District Court is hereby directed to enter judgment against ALI
2  MOHAMMAD MUSLEH, as Defendant and Principal, and
3  against FAWZAT and REBHIA SAED, SAPHIEH and NAJWA FAREED, and
4  ALI and MAHMAUD MUSLEH, as Sureties, jointly and severally in the
5  amount of Two Hundred-Fifty Thousand Dollars ($250,000), plus
6  interest from the date of entry of the judgment at the current
7  legal note until paid, plus costs of the Court.
8  DATED:   9-14-05                    _____
9                                      HONORABLE ANTHONY W. ISHII
                                       United States District Judge

2