McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Senior Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F-02-5259 AWI |
| ) | |
| Plaintiff, ) | ORDER DIRECTING RECEIPT OF |
| ) | PARTIAL PAYMENT IN LIEU OF |
| v. ) | FORFEITURE OF PROPERTY BOND |
| ) | PENDING RECEIPT OF FINAL PAYMENT |
| ALI MOHAMMAD MUSLEH, ) | |
| ) | |
| Defendant, ) | |
| and ) | |
| ) | |
| FAWZAT and REBHIA SAED, ) | |
| SAPHIEH and NAJWA FAREED, and ) | |
| ALI and MAHMAUD MUSLEH, ) | |
| ) | |
| Sureties. ) | |
| ) | |

Having considered the Government's Application for Receipt of Partial Payment in Lieu of Forfeiture of Property Bond Pending Receipt of Final Payment, and pursuant to this Court's Final Order of Forfeiture entered previously herein,

IT IS HEREBY ORDERED THAT the Clerk's Office shall maintain custody of two cashier's checks submitted by Fawzat and Rebhia Saed and Saphieh and Najwa Fareed, Sureties, payable to the Clerk, U.S. District Court, and each in the amount of $83,333.33, representing

2/3 of the full value of the $250,000 property bond previously ordered posted to assure the appearance of defendant ALI MUSLEH in this matter.

   IT IS FURTHER ORDERED that these monies will be placed in an escrow account pending receipt of the final 1/3 payment of $83,333.33 by Ali and Mahmaud Musleh on or before January 20, 2006. If final payment is not received by Ali and Mahmaud Musleh, the properties posted by all sureties may, notwithstanding partial payment of the full value of the property bond, be subject to forfeiture to ensure the final 1/3 payment.

IT IS SO ORDERED.

**Dated:   January 20, 2006**             **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE

2