McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F-02-5259 AWI |
| ) | |
| Plaintiff, ) | ORDER DIRECTING RECONVEYANCE OF |
| ) | DEEDS OF TRUST |
| v. ) | |
| ) | |
| ALI MOHAMMAD MUSLEH, ) | |
| ) | |
| Defendant, ) | |
| and ) | |
| ) | |
| FAWZAT and REBHIA SAED, ) | |
| SAPHIEH and NAJWA FAREED, and ) | |
| ALI and MAHMAUD MUSLEH, ) | |
| ) | |
| Sureties. ) | |

Having considered the Government's Application for Order Directing Reconveyance of Deeds of Trust, and pursuant to this Court's Final Order of Forfeiture entered previously herein,

IT IS HEREBY ORDERED THAT the Clerk's Office shall reconvey the Deeds of Trust previously posted by Fawzat and Rebhia Saed and Saphieh and Najwa Fareed, Sureties, in this matter to assure the attendance of defendant ALI MUSLEH in this matter.

IT IS SO ORDERED.

**Dated:   March 16, 2006**           /s/ Anthony W. Ishii
0m8i78                               UNITED STATES DISTRICT JUDGE

1